```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION

UNITED STATES OF AMERICA       :     CASE NO.  3:12mj295
                                               3:12mj296
          v.                   :               3:12mj297
                                               3:12mj298
                               :
BRANDON SMITH                        ORDER UNSEALING
LEO BOYKINS                    :     CRIMINAL COMPLAINT,
QUINTON CLEMONS                      AFFIDAVIT, ARREST
MARCUS ROSS                    :     WARRANT AND THE RETURN
MARCUS ROSS
                                  -------------
```

IT IS HEREBY ORDERED that the Criminal Complaint, Affidavit, Arrest Warrant and the Return in the above captioned cases filed herein and ordered sealed by the order of this court on September 18, 2012, be unsealed by the Clerk of Courts.


DATE: 09/25/2012                    s/Michael J. Newman
                                    MICHAEL J. NEWMAN
                                    U.S. Magistrate Judge